LEPEL HIGH FREQUENCY LABORATORIES, INC., Respondent, *v.* EMIL R. CAPITA, Appellant.

Argued May 27, 1938; decided July 7, 1938.

*Irving Mariash* for appellant.

*Samuel L. Teitler* and *Samuel B. Newman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.